UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY JUNIOR PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-176 |
| | § | |
| ROBERT A. MORIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

Pending is plaintiff's motion for leave to supplement his complaint (D.E. 20).

Leave to amend should be freely granted when justice requires, FED. R. CIV. P. 15(a)(2), unless the amendment would be futile. *Newby v. Enron Corp.*, 542 F.3d 463, 469 (5th Cir. 2008). In his supplement to the complaint, plaintiff is attempting to add additional plaintiffs. Plaintiff is not a lawyer, and the rules forbid him from representing other persons. The motion is denied as futile. Each of the inmates is free to exhaust his administrative remedies and file a lawsuit on his own behalf.

ORDERED this 6th day of October, 2011.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE